RITA BLACK v. EDMOND A. SAAD.

September 3, 1981.

Petition for certification denied.

KISHWAR MIRZA v. FILMORE CORPORATION.

September 3, 1981.

Petition for certification granted.

MARY K. SMITH v. P. PAUL RICCI.

September 3, 1981.

Certification to State Board of Education is granted.